**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:
**EKD REALTY LLC, and**
**AMADEUS 140 LLC**,

Debtors.

------------------------------------------------------------X

Confirmed Chapter 11

Case No.: 16-11957 and
16-11960 (SCC)
(Jointly Administered)

# FINAL DECREE

Upon the application of EKD Realty LLC and Amadeus 140 LLC (the "Debtors"), by their attorneys, Robinson Brog Leinwand Greene Genovese & Gluck P.C. for an order granting a Final Decree in this case; and it having been represented and it appearing that the estate of the Debtor has been fully administered pursuant to the confirmed Joint Plan of Reorganization of EKD Realty LLC and Amadeus 140 LLC (the "Plan"); and it also appearing that notice of the submission of the application and service of a copy thereof was duly and timely made upon the Office of the United States Trustee and that no objection was made to granting the relief requested therein, and sufficient cause appearing to me therefor, it is

**ORDERED**, that the above-captioned Chapter 11 Cases are closed.

**DATED:**    New York, New York
December 28, 2017

/S/ Shelley C. Chapman
**HONORABLE SHELLEY C. CHAPMAN**
**UNITED STATES BANKRUPTCY JUDGE**

**No Objection:**
**Office of the United States Trustee**

**By: /s/ Susan Golden**

{00906176.DOC;1 }